



United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 2:19CV485

Name: Plaintiff: JEQ&Co LLC, Jacob Queern, Principal

Address: 7761 NC Hwy 87 S

Fayetteville, NC 28306

Telephone Number: (757)633-1206

Email Address: Jqueern@jeqandco.com

Pacer Login: jacobqueern:5621966:0

Pursuant to the conversation with my case manager, found at the following link, my case manager informed me that filing exhibits via thumb (aka: Flash) drive would be acceptable:

https://netorg383220-my.sharepoint.com/:u:/g/personal/jqueern_jeqandco_com/EbLpHAoSL8lFpabg1bzYJwUB3i6auaROhN13gin8m5jJ9g?e=vtRuvx

↑
19_06_16_1024_USFC_NORFOLK_CASE MGR_PACER & status inq .mp3

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: [signed] Date: September 16, 2019

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____    _____
(Judge's Signature)            (Date)

# Jacob Queern

| | |
|---|---|
| **From:** | Jacob Queern |
| **Sent:** | Monday, September 16, 2019 11:26 AM |
| **To:** | pacer@psc.uscourts.gov |
| **Subject:** | E-Noticing Registration Request for Pro Se Litigants United States District Court For the Eastern District of Virginia |
| **Attachments:** | ProSeLitigantE-NoticingRegistrationForm, executed.pdf; EDVACOMPLETE ProSeHandbook-11-1-17.pdf; 19_09_16_1024_USFC_Norfolk_CaseMgr_Pacer&status inq.mp3 |
| **Importance:** | High |

Good afternoon,

Please
1. Find enclosed "ProSeLitigantE-Noticing...executed"
2. advise whether or not it is still necessary to mail a copy of this E-Noticing Registration Request for Pro Se Litigants to the US District Court in the EDVA via United States Postal Service

According to p. 7 of the enclosed "EDVACOMPLETE ProSeHandbook-11-1-17"

*"pro se litigants who are not currently incarcerated have the option to receive documents in their cases electronically (by e-mail) instead of by regular mail....*

*Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:*
1. *Sign up for a PACER login and password by contacting PACER at www.pacer.uscourts.gov or calling 1-800-676-6856 (PACER stands for Public Access to Court Electronic Records which is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.);* **Done: Pacer Login: jacobqueern:5621966:0** *and*
2. *Complete and sign the E-Noticing Registration form.* **(attached)**"

Pursuant to the enclosed "19_09_16_1024_USFC_Norfolk_CaseMgr_Pacer&status inq" my case manager had informed me previously that thumb (a.k.a flash) drives would be an acceptable vehicle for the submission of exhibits especially in lieu of the voluminous nature of my submissions.

I think I read somewhere that Compact Discs would be an acceptable vehicle for the submission of exhibits but as you can hear me state in "19_09_16_1024_USFC_Norfolk_CaseMgr_Pacer&status inq" the vast majority of work stations are not equipped with CD drives as it is antiquated technology.

Thank you for your consideration and I look forward to your feedback.

Jake

1

Jacob Queern
Principal
JEQ&CO LLC
CAGE 7B1T4
(O/C): +1(757)633.1206
(F): +1(757)425.1841
jqueern@jeqandco.com
Small Business Administration HUBZone Certified Small Business Concern



# UNITED STATES DISTRICT COURT
## For the Eastern District of Virginia

# Pro Se Reference Handbook



November 1, 2017

# Pro Se Litigant Reference Handbook, Continued

**E-Noticing**   Although pro se litigants are prohibited from filing documents electronically and are not issued ECF filing log ins and passwords, pro se litigants who are not currently incarcerated have the option to receive documents in their cases electronically (by e-mail) instead of by regular mail.

*Note*: Social Security and Civil Immigration case documents (with the exception of orders of the court) are restricted from remote electronic access for non-filing users. If a pro se litigant is granted approval for E-Noticing in a social security or civil immigration case, then the pro se litigant must still receive documents either on paper or via email from opposing counsel for cases with social security or civil immigration causes of action.

Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER at www.pacer.uscourts.gov or calling 1-800-676-6856 (PACER stands for Public Access to Court Electronic Records which is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.); and
2. Complete and sign the *E-Noticing Registration* form.

If you consent to receive documents electronically and the request is approved by the judge, you will receive a *Notice of Electronic Filing (NEF)* by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you will not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time the hyperlink is accessed after the "free look" or the 15 days has expired, you will be asked for a PACER login and will be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

*Continued on next page*