JEQ & Company, LLC
7761 NC Highway 87 S
Fayetteville, NC  28306

October 15, 2019

Clerk's Office
US District Court
600 Granby Street
Norfolk, VA  23510-1915

Dear Sir or Madam:

Enclosed please find a binder of documentation related to FOIA Request: RE: FAR §19.306(e)1 4 C.F.R. § 21,5(b)2.

1. Please accept this subpoena as part of action 2-19cV485.
2. Compel the defendants to release the records
3. Use the enclosed pre-paid postage to return this binder to JEQ& Company

Sincerely,

Jacob E. Queern

---

*[Handwritten sticky note:]*

PLEASE D) ACCEPT THIS SUBPOENA FOR RECORDS AS PART OF ACTION 2-19cV485
2) COMPEL THE DEFENDANTS TO RELEASE THE RECORDS
3) USE PRE-PAID POSTAGE TO RETURN TO SENDER