UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JACOB QUEERN,**

        **Plaintiff(s),**

                                                                   **Case No. 2:19cv485**

    **v.**

**DEFENSE LOGISTICS AGENCY (DLA), et al.,**

        **Defendant(s).**

**JUDGMENT IN A CIVIL CASE**

    **Decision by the Court.**   This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Plaintiff's action is hereby DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: March 31, 2022

                                                            FERNANDO GALINDO, Clerk

                                                             By_____/s/_____
                                                             E. Price, Deputy Clerk